UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RANDALL ZACKERY,<br><br>  Plaintiff,<br><br> v.<br><br>LAURA ELDRIDGE, *et al.*,<br><br>  Defendants. | No.  2:20-cv-0018-JDP (PC)<br><br>ORDER GRANTING PLAINTIFF'S MOTION FOR EXTENSION OF TIME AND COPIES<br><br>ECF No. 19 |

Plaintiff has filed a motion for extension of time to file a third amended complaint. Plaintiff also seeks clarification on the procedural history of his case and requests a free copy of his original complaint.  ECF No. 19.[1]

Plaintiff filed his original complaint on January 2, 2020, ECF No. 1, and on April 14, 2020 the court found that he had not stated a claim and granted him leave to amend, ECF No. 7. On April 24, 2020, plaintiff filed his first amended complaint, ECF No. 10, and on May 13, 2020 the court again found that he had not stated a claim but granted leave to amend, ECF No. 11.  On August 16, 2020, plaintiff filed his second amended complaint, ECF No. 16, and on September 29, 2020, the court once again found that he had not stated a claim but granted leave to amend. Plaintiff now seeks an extension of time to file a third amended complaint, and for good cause shown it will be granted.

---

[1] Plaintiff should file multiple requests as separate motions to ensure that each is addressed.

To the extent that plaintiff seeks clarification on the procedural history of his case, that request is also granted, and the court has provided it in this order.  Plaintiff also seeks a copy of his original complaint.  This request will be granted, but with the caution that plaintiff's original complaint did not state a claim and no other free copies will be provided in this case.  Accordingly, it is hereby ordered that:

1. Plaintiff's motion for an extension of time, clarification, and a copy of his complaint, ECF No. 19, is granted.

2. Plaintiff shall file a third amended complaint on or before January 31, 2021.

3. The clerk's office is directed to send plaintiff a copy of his original complaint, ECF No. 1.

IT IS SO ORDERED.

Dated:    November 13, 2020                        _____
                                                   JEREMY D. PETERSON
                                                   UNITED STATES MAGISTRATE JUDGE